No. 10–9315.  GILBERT-MITCHELL *v.* PATTERSON ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 10–9339.  WATERS *v.* CAIN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 10–9376.  TISDALE *v.* SOUTH CAROLINA.  C. A. 4th Cir. Certiorari denied.

No. 10–9378.  TIDWELL *v.* FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 10–9382.  AVILA-CANCHOLA *v.* HOLDER, ATTORNEY GENERAL.  C. A. 9th Cir.  Certiorari denied.

No. 10–9398.  SURGICK *v.* MARTINEZ ET AL.  C. A. 9th Cir. Certiorari denied.

No. 10–9443.  FRANZEN *v.* MCDANIEL, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 10–9452.  CLARK *v.* WILSON.  C. A. 10th Cir.  Certiorari denied.

No. 10–9480.  KOWAL *v.* RHODE ISLAND.  Sup. Ct. R. I.  Certiorari denied.

No. 10–9496.  CONSTIEN *v.* UNITED STATES ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 10–9498.  ABULKHAIR *v.* BUSH ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 10–9499.  ROBINSON *v.* MARSHALL, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 10–9504.  ARROZAL *v.* SHINSEKI, SECRETARY OF VETERANS AFFAIRS.  C. A. Fed. Cir.  Certiorari denied.

No. 10–9510.  MADISON *v.* ARTUS, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 10–9518.  BELL *v.* NEW YORK.  Ct. App. N. Y.  Certiorari denied.